UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:06-cr-110-T-24MAP

ERNEST KING
_____/

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

The Defendant, by consent, appeared before me pursuant to Fed. R. Crim. P. 11 and Local Rule 6.01(c)(12) and pleaded guilty to counts 1, 2, 3 and 6 of the indictment. After cautioning and examining the Defendant as mandated by Rule 11, I have determined that the guilty plea is knowledgeable, voluntary, and supported by a factual basis. I therefore recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

IT IS SO REPORTED AND RECOMMENDED at Tampa, Florida on October 13, 2006.

_____
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Failure to file written objections to the Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B); Local Rule 6.02.
(Rev. 5/9/97)

cc:   Counsel of Record